

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Aspri Investments, LLC, recover its costs of appeal from appellants, Hari Prasad Kalakonda and Latha Kalakonda.

SIGNED December 9, 2015.

_Karen Angelini_
Karen Angelini, Justice